Marty B. McAfee

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                No.: 04-20100

KYBIRC DOUGLAS,

    Defendant.

---

ORDER ON DEFENDANT KYBRIC DOUGLAS
MOTION TO CONTINUE SENTENCING

---

This matter came to be heard upon the Motion of the defendant Kybric Douglas for a continuance of the sentencing hearing in this matter. The Court finds that this motion is well taken and should be granted, and this matter should set for sentencing on _Monday, June 6, 2005 at 8:45 A.M._.

IT IS SO ORDERED, this __6__ day of __May__, 2005.

                                                                        JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  5-10-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 186 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joshua B. Spickler
LAW OFFICE OF JOSHUA B. SPICKLER
246 Adams Ave.
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT