IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 7/8/05
TIME: 11:25 AM
INITIALS: JPW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            No.: 04-20100-MI

KYBRIC DOUGLAS,

    Defendant.

## ORDER ON DEFENDANT KYBRIC DOUGLAS MOTION TO CONTINUE SENTENCING HEARING

This matter came to be heard upon the Motion of the defendant Kybric Douglas for a continuance of the sentencing hearing in this matter. The Court finds that this motion is well taken and should be granted, and this matter should set for sentencing on **Thursday, July 21, 2005 at 3:30 pm**.

IT IS SO ORDERED, this __8__ day of __July__, 2005.

                                             _/s/ Jon P. McCalla_
                                                 JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  7-11-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joshua B. Spickler
LAW OFFICE OF JOSHUA B. SPICKLER
246 Adams Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT