IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FILED BY _____ D.C.

05 SEP -8 AM 8: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Case No. 2:04cr20100-Ml

Kybric Douglas

---

### ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $1,000.00, payable to Ayesha Myers at 2879 Beverly Hill Apt 25, Bartlett, TN 38134 in full refund of the cash appearance bond posted herein.

_____
United States District Judge
Jon P. McCalla

Date: 9-7-05

Approved.
Thomas M. Gould, Clerk of Court
BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 223 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joshua B. Spickler
LAW OFFICE OF JOSHUA B. SPICKLER
246 Adams Ave.
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT